DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT K. DUNN** and **DIANA L. DAVIS** o/b/o **R.G.D.** (minor child),
Appellants/Cross Appellees,

v.

**WENDY D. FARIA,**
Appellee/Cross Appellant.

No. 4D22-1764

[July 20, 2023]

Appeal and cross-appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Debra Moses Stephens, Judge; L.T. Case No. 502018DR009984.

Nicholas F. Demes of Reynolds & Reynolds, P.L., West Palm Beach, and Diana L. Davis of Legacy Matters, P.A., Palm Beach Gardens, for appellants/cross appellees.

Craig A. Boudreau, West Palm Beach, for appellee/cross appellant.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***